**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JANET L. F.,

Plaintiff,

v. Case No. 1:25-cv-01156-MIS-GBW

FRANK BISIGNANO,
Commissioner of the
Social Security Administration,

Defendant.

**ORDER OVERRULING OBJECTIONS, ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION, DENYING MOTION TO REVERSE, AFFIRMING THE COMMISSIONER'S DECISION, AND CLOSING CASE**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on September 18, 2026. ECF No. 23. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. Id. at 16. On October 2, 2026, Plaintiff filed Objections to the Magistrate Judge's PFRD. ECF No. 24.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this de novo review, and having thoroughly considered the Magistrate Judge's PFRD and the Objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Objections of Plaintiff are **OVERRULED**;
2. The Magistrate Judge's Proposed Findings and Recommended Disposition (ECF No. 23) are **ADOPTED**;

3. Plaintiff's Motion to Reverse (ECF No. 9) is **DENIED**;
4. The Commissioner's decision is **AFFIRMED**; and
5. This case is now **CLOSED**.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE